UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAULA and JOHN CORMANE | : C.A. NO. 1:23-cv-00412-DDD-JPM |
| VERSUS | : Judge Dee D. Drell |
| NATIONAL CASUALTY COMPANY | : Magistrate Joseph H.L. Perez-Montes |

**ORDER**

The foregoing Joint Motion to Dismiss with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and that this lawsuit be DISMISSED in its entirety, with prejudice, with each party to bear its own costs.

Signed this 3RD day of July 2025, at Alexandria, Louisiana.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA